STATE of Missouri, Respondent,

v.

Rodney R. CARPENTER, Appellant.

No. WD 38922.

Missouri Court of Appeals,
Western District.

Dec. 29, 1987.

Daniel L. Radke, Sp. Public Defender, St. Joseph, for appellant.

Carol C. Barnett, Asst. Pros. Atty., St. Joseph, for respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for class A misdemeanor of receiving stolen property, § 570.080 RSMo 1986, and sentence of six months' confinement and fine of $500.

Affirmed. Rule 30.25(b).